IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNY EARL LITTLE, JR., and<br>KEYLA LITTLE, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | CV 122-031 |
| LB TRANSPORT, INC.;<br>DONALD H. GRUIS; JOHN DOES 1-5; and<br>RICHARD ROE CORPORATIONS 1-5, | )<br>)<br>)<br>) | |
| Defendants. | ) | |

**O R D E R**

The February 13, 2023 Revised Scheduling Order directed the parties to file a Joint Status Report by July 6, 2023. (Doc. no. 35.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's February 13th Order on or before Friday, July 14, 2023.[1]

SO ORDERED this 7th day of July, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Joint Status Report can be found on the Court's website under Forms, Judge Epps - Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.